Case 3:05-cr-00008-TJC-MCR Document 61 Filed 07/30/08 Page 1 of 2 PageID 96
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Probation or Supervised Release) |
| ALVARO PENA-PORRAS | CASE NUMBER: 3:05-cr-8-J-32MCR |
| | USM NUMBER: 30838-018 |
| | Defendant's Attorney: Dale Robert Campion |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **One (1) and Two (2)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Unlawful Possession of Marijuana Over 50 Pounds and Under 2,000 Pounds, occurring on September 10, 2007, while on supervision in violation of conditions of supervision | September 10, 2007 |
| 2 | Illegal Re-entry into the United States after deportation | September 10, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **July 24, 2008**

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: July 25, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: ALVARO PENA-PORRAS | Judgment - Page 2 of 2 |
| Case No.: 3:05-cr-8-J-32MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTEEN (16) MONTHS**.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **The defendant receive medical attention for his foot injury.**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.   p.m.   on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL